UNITED STATES of America,
Plaintiff—Appellee,

v.

Clinton Stanley MATTHEWS, a/k/a Howard L. Eastwood, a/k/a Stanley Matthews, a/k/a Clinton Mallhew, a/k/a William Christopher Hinton, a/k/a Bernard Jones, a/k/a Craig Jerrod Ingram, a/k/a Ian Bernard Matthew, Defendant—Appellant.

No. 07–7087.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 26, 2007.

Clinton Stanley Matthews, Appellant Pro Se. Charles Philip Rosenberg, United States Attorney, Alexandria, Virginia, for Appellee.

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton Stanley Matthews appeals the district court's order denying his 18 U.S.C. § 3582 (2000) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Matthews*, No. 2:93–cr–00066–HCM, 2007 WL 1983833 (E.D.Va. July 3, 2007). We deny Matthews' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*